UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| GALIANO TIRAMANI | : |
| | : |
| VS. | : CIVIL ACTION NO. |
| | : |
| OFFICER C. JOHNSON, | : |
| OFFICER DINVERNERO, | : |
| OFFICER J. BERRY, and | : |
| OFFICER WELSH | : MARCH 14, 2016 |

### COMPLAINT

1. This is an action to redress the deprivation of rights secured to the plaintiff by the Constitution and laws of the United States and the State of Connecticut.

2. Jurisdiction of this court is invoked under the provisions of Sections 1331, 1343(3) and 1367(a) of Title 28 and Sections 1983 and 1988 of Title 42 of the United States Code.

3. The plaintiff is an adult citizen of the United States who at all relevant times resided in a private residence at 30 Hattiefred Road in Greenwich, Connecticut.

4. During all times mentioned in this action, the defendants were officers in the Greenwich Police Department, acting in such capacities. They are sued

1

only in their individual capacities.

5. During all times mentioned in this Complaint, the defendants were acting under color of law, that is, under color of the constitution, statutes, laws, rules, regulations, customs and usages of the State of Connecticut.

6. At all times mentioned in this Complaint, the defendants acted jointly and in concert with each other.  Each defendant had the duty and the opportunity to protect the plaintiff from the unlawful actions of the other defendants but each defendant failed and refused to perform such duty, thereby proximately causing the injuries herein complained of.

7. Shortly after 11:00 p.m. on November 24, 2015, the defendants broke into and entered the plaintiff's aforesaid residence while the plaintiff was in his dwelling.  They brandished one or more firearms as they did so.

8. The defendants had no warrant authorizing or permitting them to enter the plaintiff's dwelling.

9. No exigent circumstances existed to justify or excuse the aforesaid unlawful actions of the defendants.

10. As a result, the plaintiff suffered fear and emotional distress.

11. The conduct of the defendants described above constituted an unreasonable and warrantless search and seizure which violated the plaintiff's rights under the Fourth Amendment to the United States Constitution as

enforced through Sections 1983 and 1988 of Title 42 of the United States Code.

WHEREFORE, the plaintiff claims judgment against the defendants and each of them, jointly and severally, for compensatory damages, punitive damages, attorney fees and costs.

        THE PLAINTIFF

BY:     /s/    John R. Williams
        JOHN R. WILLIAMS (ct00215)
        51 Elm Street
        New Haven, CT 06510
        203.562.9931
        Fax: 203.776.9494
        jrw@johnrwilliams.com
        His Attorney